# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Conroy, John M. | U.S. District Court-District of Vermont | 06/02/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. Post Office and Courthouse
Box 836
Burlington VT 05401

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 06/02/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Catholic Diocese of Vermont-salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 06/02/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 06/02/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Vermont Federal Credit Union | A | Interest | K | T | | | | | |
| 2. | Vanguard Prime Money Market | A | Interest | | | Closed | 06/01/18 | J | | |
| 3. | Real estate-Jackson Co. (CO) | | None | K | W | | | | | |
| 4. | Brokerage account # 1: | | | | | | | | | |
| 5. | 3M Company | A | Dividend | K | T | Buy | 7/13/18 | K | | |
| 6. | Abbott Laboratories common stock | A | Dividend | K | T | | | | | |
| 7. | Abbvie Common Stock | A | Dividend | K | T | | | | | |
| 8. | Advansix Inc. common stock | A | Dividend | J | T | | | | | |
| 9. | Accenture PLC Ireleand | A | Dividend | J | T | Buy | 7/13/18 | K | | |
| 10. | Alerian MLP ETF | A | Dividend | | | Sold | 3/29/18 | K | A | |
| 11. | Alibaba Group Holdings common stock | A | Dividend | K | T | | | | | |
| 12. | Alphabet Inc. common stock | A | Dividend | L | T | | | | | |
| 13. | Amazon common stock | A | Dividend | J | T | | | | | |
| 14. | Amgen common stock | A | Dividend | K | T | | | | | |
| 15. | American Express Inc. common stock | A | Dividend | K | T | | | | | |
| 16. | American Int'l Group common stock | A | Dividend | J | T | | | | | |
| 17. | Analog Devices Inc. common stock | A | Dividend | | | Sold | 10/22/18 | K | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 06/02/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Apple Inc. common stock | A | Dividend | J | T | | | | | |
| 19. AT&T common stock | A | Dividend | K | T | | | | | |
| 20. Bank of America common stock | A | Dividend | J | T | | | | | |
| 21. Berkshire Hathaway | A | Dividend | K | T | | | | | |
| 22. Boeing common stock | A | Dividend | J | T | | | | | |
| 23. Brighthouse Financial | A | Dividend | | | Sold | 03/29/18 | J | A | |
| 24. Celgene Corp common stock | A | Dividend | | | Sold | 12/20/18 | K | A | |
| 25. Caterpiller Inc. common stock | A | Dividend | J | T | Buy | 12/20/18 | K | | |
| 26. Chevron Oil. commom stock | B | Dividend | L | T | | | | | |
| 27. Chubb Inc. common stock | A | Dividend | K | T | | | | | |
| 28. Cigna Corp. common stock | A | Dividend | K | T | Buy | 12/20/18 | K | | |
| 29. Cisco Systems common stock | A | Dividend | J | T | | | | | |
| 30. Clorox Inc. common stock | A | Dividend | K | T | | | | | |
| 31. Coca-Cola common stock | A | Dividend | K | T | | | | | |
| 32. Citigroup Inc. common stock | A | Dividend | K | T | Buy | 10/22/18 | K | | |
| 33. Cohen & Steers Qual. Inc. RLTV | A | Dividend | | | Sold | 03/29/18 | K | B | |
| 34. Conoco-Phillips common stock | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 06/02/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Costco Inc. common stock | A | Dividend | K | T | | | | | |
| 36. | Constellation Brands Inc. common stock | A | Dividend | K | T | | | | | |
| 37. | Crown Castle Int'l common stock | A | Dividend | K | T | | | | | |
| 38. | Cyberark Sftware Inc/ common stock | A | Dividend | K | T | Buy | 10/22/18 | K | | |
| 39. | Danaher Corp. common stock | A | Int./Div. | J | T | | | | | |
| 40. | Dreyfuus Large Cap. Growth mutual fund | A | Distribution | J | T | | | | | |
| 41. | Dreyfus Strategic Value mutual fund | A | Distribution | | | Sold | 12/6/18 | J | A | |
| 42. | DowDupont common stock | A | Dividend | K | T | Sold (part) | 07/13/18 | K | A | |
| 43. | Eaton Corp. common stock | A | Dividend | K | T | | | | | |
| 44. | Edwards Life Sciences common stock | A | Dividend | K | T | | | | | |
| 45. | Exxon Mobil common stock | A | Dividend | K | T | | | | | |
| 46. | Facebook Inc. common stock | A | Dividend | | | Sold | 10/22/18 | K | E | |
| 47. | Fidelity MSCI Materials Index | A | Dividend | K | T | | | | | |
| 48. | Fortive Corp. common stock | A | Dividend | J | T | Buy (add'l) | 3/29/18 | K | | |
| 49. | Garrett Motion common stock | A | Dividend | J | T | Spinoff (from line 53) | 10/1/18 | J | | |
| 50. | General Dynamics Corp. common stock | A | Dividend | J | T | | | | | |
| 51. | Gilead Science Inc. common stock | A | Dividend | | | Sold | 10/22/18 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 06/02/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Goldman Sachs Grp Inc. common stock | A | Dividend | L | T | | | | | |
| 53. Honeywell Inc. common stock | A | Dividend | J | T | | | | | |
| 54. IDEXX Labs Inc. common stock | A | Dividend | K | T | | | | | |
| 55. IBM common stock | A | Dividend | K | T | | | | | |
| 56. Intel Corp common stock | B | Dividend | L | T | Sold<br>(part) | 02/26/18 | K | E | |
| 57. Ishares MSCI EAFE ETF | A | Distribution | J | T | | | | | |
| 58. Johnson and Johnson common stock | A | Dividend | K | T | | | | | |
| 59. JP Morgan Chase | A | Dividend | K | T | | | | | |
| 60. Kimberly Clark corp common stock | A | Dividend | K | T | | | | | |
| 61. Lockheed Martin common stock | A | Dividend | K | T | | | | | |
| 62. Lowe's Corp. common stock | A | Dividend | L | T | | | | | |
| 63. Marathon Petroleum common stock | A | Dividend | K | T | | | | | |
| 64. Mastercard Inc. common stock | A | Dividend | L | T | | | | | |
| 65. McDonald Corp. common stock | A | Dividend | L | T | | | | | |
| 66. Medtronic common stock | A | Dividend | K | T | | | | | |
| 67. Merck Inc. common stock | B | Dividend | K | T | | | | | |
| 68. Microsoft Corp. common stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 06/02/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Netflix Inc. common stock | A | Dividend | K | T | Buy | 12/20/18 | K | | |
| 70. Nextera Energy Corp | A | Dividend | K | T | Buy | 10/22/18 | K | | |
| 71. Nvidia common stock | A | Dividend | K | T | | | | | |
| 72. Phillips 66 common stock | A | Dividend | K | T | | | | | |
| 73. Proctor & Gamble common stock | A | Dividend | K | T | | | | | |
| 74. Quality Care Properties Inc. common stock | A | Dividend | | | Sold | 07/27/18 | J | A | |
| 75. Raytheon Inc. common stock | A | Dividend | K | T | | | | | |
| 76. Red Hat common stock | A | Dividend | K | T | | | | | |
| 77. Residio Technologies common stock | A | Dividend | J | T | Spinoff (from line 53) | 10/29/18 | J | | |
| 78. SalesForce Inc. common Stock | A | Dividend | K | T | | | | | |
| 79. Schlumberger Inc. common stock | A | Dividend | | | Sold | 10/22/18 | K | A | |
| 80. Southern Co. common stock | A | Dividend | J | T | | | | | |
| 81. Starbucks Corporation common stock | A | Dividend | | | Sold | 07/13/18 | K | A | |
| 82. Spotify common stock | A | Dividend | J | T | Buy | 7/13/18 | K | | |
| 83. SPDR Trust S& P 500 | A | Distribution | K | T | Sold (part) | 07/13/18 | K | A | |
| 84. United Tech. Corp. common stock | A | Dividend | K | T | | | | | |
| 85. United Health Grp. common stock | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 06/02/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | Visa Inc. class A common stock | A | Dividend | K | T | | | | | |
| 87. | Vanguard REIT ETF | A | Distribution | J | T | | | | | |
| 88. | Vanguard FTSE Europe Fund | A | Distribution | J | T | | | | | |
| 89. | Walt Disney Co. Holding Co. common stock | A | Dividend | J | T | | | | | |
| 90. | Weingarten Realty Inv.common stock | B | Dividend | | | Sold | 03/29/18 | K | A | |
| 91. | CO State COPS Rev-A Ralp Carr Justice Center muni Bond (X) | A | Interest | | | Redeemed | 9/17/18 | K | A | |
| 92. | Pueblo Cty CO muni bond | A | Interest | K | T | | | | | |
| 93. | Colo Springs Utility muni bond | A | Interest | K | T | | | | | |
| 94. | Boulder Valley CO School District muni bond | A | Interest | K | T | | | | | |
| 95. | University of Vermont bonds | A | Interest | L | T | | | | | |
| 96. | AT&T corp. bond | A | Interest | K | T | | | | | |
| 97. | Bank of America corp. bond | A | Interest | K | T | Buy | 10/26/18 | K | | |
| 98. | Goldman Sachs bond | A | Interest | K | T | | | | | |
| 99. | Ebay Inc. corp. bond | A | Interest | K | T | | | | | |
| 100. | Duke Energy corp. bond | A | Interest | K | T | | | | | |
| 101. | Thermo Fischer Scientific corp. bond | A | Interest | K | T | | | | | |
| 102. | Morgan Stanley Bank | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 06/02/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Citibank CD | A | Interest | K | T | Buy | 10/22/18 | K | | |
| 104. USB Bank CD | A | Interest | K | T | Buy | 10/22/18 | K | | |
| 105. JP Morgan Chase CDs | B | Interest | L | T | Buy | 08/16/18 | L | | |
| 106. JP Morgan Chase CD | B | Interest | L | T | Buy | 02/19/18 | L | | |
| 107. JP Morgan Chase | B | Interest | L | T | Buy | 04/20/18 | L | | |
| 108. Trust #1 (income beneficiary): | | | | | | | | | |
| 109. Advansix Inc. common stock | A | Dividend | J | T | | | | | |
| 110. American Express Inc. common stock | A | Dividend | J | T | | | | | |
| 111. Amgen Inc. common stock | A | Dividend | J | T | | | | | |
| 112. American Tower REIT | A | Distribution | J | T | | | | | |
| 113. Apple Inc. common stock | A | Dividend | K | T | | | | | |
| 114. Berkshire Hathaway common stock | A | Dividend | J | T | | | | | |
| 115. Boeing common stock | A | Dividend | J | T | | | | | |
| 116. Cigna Inc. common stock | A | Dividend | K | T | Buy | 12/20/18 | K | | |
| 117. Cyberark Software Inc. common stock | A | Dividend | K | T | Buy | 10/22/18 | K | | |
| 118. Danaher Inc. common stock | A | Dividend | J | T | | | | | |
| 119. Dow Dupont common stock | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 06/02/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Fortive Inc. common stock | A | Dividend | J | T | | | | | |
| 121. Garret Motion common stock | A | Dividend | J | T | Spinoff (from line 126) | 10/01/18 | J | | |
| 122. General Electric common stock | A | Dividend | J | T | | | | | |
| 123. Facebook Inc. common stock | A | Dividend | J | T | Sold (part) | 10/22/18 | K | E | |
| 124. General Dynamics Inc. common stock | A | Dividend | J | T | | | | | |
| 125. Gilead Science Inc. common stock | A | Dividend | J | T | | | | | |
| 126. Honeywell Inc. common stock | A | Dividend | J | T | | | | | |
| 127. IBM common stock | A | Dividend | | | Sold | 10/22/18 | K | A | |
| 128. Lockheed Martin commom stock | A | Dividend | J | T | | | | | |
| 129. Marathon Petroleum common stock | A | Dividend | J | T | | | | | |
| 130. Medtronic PLC | A | Dividend | J | T | | | | | |
| 131. Microsoft Inc. common stock | A | Dividend | J | T | | | | | |
| 132. Netflix common stock | A | Dividend | J | T | | | | | |
| 133. Nextera Energy common stock | A | Dividend | K | T | Buy | 10/22/18 | K | | |
| 134. Nvidia common stock | A | Dividend | J | T | | | | | |
| 135. Occidental Petroleum common stock | A | Dividend | J | T | Buy | 10/24/18 | J | | |
| 136. Pepisco common stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 06/02/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Palo Alto Networks common stock | A | Dividend | J | T | | | | | |
| 138. Proctor and Gamble common stock: | A | Dividend | J | T | | | | | |
| 139. Qualcomm Inc. common stock | A | Dividend | | | Sold | 10/22/18 | J | B | |
| 140. Redhat Inc. common stock | A | Dividend | J | T | | | | | |
| 141. Resideo Technologies common stock | A | Dividend | | | Spinoff (from line 126) | 10/29/18 | J | | |
| 142. Resideo Technologies common stock | A | Dividend | | | Sold | 10/29/18 | J | A | |
| 143. Royal Gold common stock | A | Dividend | J | T | | | | | |
| 144. Salesforce.com Inc. common stock | A | Dividend | J | T | | | | | |
| 145. Schlumberger LTD common stock | A | Dividend | | | Sold | 10/22/18 | J | A | |
| 146. Under Armour Inc. common stock | A | Dividend | | | Sold | 03/29/18 | J | A | |
| 147. Vanguard REIT ETF | A | Distribution | K | T | | | | | |
| 148. Walt Disney Co. Holding Co. common stock | A | Dividend | J | T | | | | | |
| 149. Wells Fargo common stock | A | Dividend | J | T | | | | | |
| 150. Celgenne Corp common stock | A | Dividend | K | T | | | | | |
| 151. Verizon Comm'n common stock | A | Dividend | K | T | | | | | |
| 152. Alerian MLP ETF | A | Dividend | | | Sold | 03/29/18 | J | A | |
| 153. ishares Japan MSCI ETF | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 06/02/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154.  SPDR S&P 500 ETF | A | Dividend | | | Sold | 12/20/18 | K | A | |
| 155.  Morgan Stanley Bank | A | Interest | K | T | | | | | |
| 156.  IRA acct : | | | | | | | | | |
| 157.  Advansix Inc. common stock | A | Dividend | J | T | | | | | |
| 158.  Alibaba Group Holdings Ltd common stock | A | Dividend | J | T | Buy<br>(add'l) | 12/24/18 | J | | |
| 159.  Amgen Inc. common stock | A | Dividend | J | T | | | | | |
| 160.  Apple Inc. common stock | A | Dividend | J | T | | | | | |
| 161.  Berkshire Hathaway class B common stock | A | Dividend | J | T | | | | | |
| 162.  Boeing common stock | A | Dividend | J | T | | | | | |
| 163.  Conoco-Phillips Inc. common stock | A | Dividend | J | T | | | | | |
| 164.  Edwards Life Sciences Inc. common stock | A | Dividend | J | T | | | | | |
| 165.  Garret Motion Inc. common stock | A | Dividend | J | T | Spinoff<br>(from line 166) | 10/01/18 | J | | |
| 166.  Honeywell Inc. common stock | A | Dividend | J | T | | | | | |
| 167.  Johnson & Johnson Inc. common stock | A | Dividend | J | T | | | | | |
| 168.  Merck common stock | A | Dividend | J | T | | | | | |
| 169.  Residio Technology common stock | A | Dividend | J | T | Spinoff<br>(from line 166) | 10/29/18 | J | | |
| 170.  Morgan Stanley Bank | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 06/02/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  IRA acct. : | | | | | | | | | |
| 172.  Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 173.  AIG common stock | A | Dividend | | | Sold | 04/13/18 | K | A | |
| 174.  Bank of America common stock | A | Dividend | J | T | | | | | |
| 175.  Berkshire Hathaway class B common stock | A | Interest | K | T | | | | | |
| 176.  Blackstone Group LP | A | Distribution | J | T | | | | | |
| 177.  Boeing common stock | A | Dividend | J | T | | | | | |
| 178.  Bristol Myers Squibb common stock | A | Dividend | J | T | | | | | |
| 179.  Cisco Systems common stock | A | Dividend | J | T | | | | | |
| 180.  Conoco-Phillips common stock | A | Dividend | J | T | | | | | |
| 181.  Constellation Brands common stock | A | Dividend | J | T | Buy | 07/17/18 | J | | |
| 182.  IBM common stock | A | Dividend | J | T | | | | | |
| 183.  Nextera Inc. common stock | A | Dividend | J | T | Buy | 10/24/18 | J | | |
| 184.  Nvidia Corp. common stock | A | Dividend | | | Sold | 04/13/18 | J | A | |
| 185.  Occidental Petroleum common stock | A | Dividend | J | T | Buy | 10/24/18 | J | | |
| 186.  T Rowe Price Growth Fund | A | Int./Div. | J | T | | | | | |
| 187.  Proctor and Gamble common stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  SPDR DJ Wlishire Int'l Real Est. ETF | A | Distribution | | | Sold | 10/24/18 | J | A | |
| 189.  Sales Force Inc. common stock | A | Dividend | J | T | | | | | |
| 190.  Schlumberger Ltd. common stock | A | Dividend | | | Sold | 10/24/18 | J | A | |
| 191.  Starbucks Corp. common stock | A | Dividend | | | Sold | 07/17/18 | J | A | |
| 192.  3M Co. common stock | A | Dividend | J | T | | | | | |
| 193.  JP Morgan Chase CD | A | Dividend | K | T | Buy | 04/30/18 | J | | |
| 194.  403(b) plan : | | | | | | | | | |
| 195.  TIAA-CREF Growth Stock Fund | A | Int./Div. | K | T | | | | | |
| 196.  TIAA-CREF Equity Stock Fund | A | Int./Div. | K | T | | | | | |
| 197.  TIAA-CREF Stock Fund | A | Int./Div. | K | T | | | | | |
| 198.  John Hancock Blue Chip Growth Fund | A | Int./Div. | K | T | | | | | |
| 199.  Trust acct # 3 | | | | | | | | | |
| 200.  3M common stock | A | Dividend | K | T | Buy | 07/13/18 | K | | |
| 201.  Abbvie Inc common stock | A | Dividend | K | T | | | | | |
| 202.  Accenture PLC common stock | A | Dividend | K | T | Buy | 07/13/18 | K | | |
| 203.  Advansix Inc. common stock | A | Dividend | J | T | | | | | |
| 204.  Alibaba common stock | A | Distribution | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Conroy, John M.** | 06/02/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  Alphabet Inc. common stock | A | Dividend | K | T | | | | | |
| 206.  AIG New common stock | A | Dividend | | | Sold | 03/29/18 | K | A | |
| 207.  Amer. Express common stock | A | Dividend | K | T | | | | | |
| 208.  American Tower REIT | A | Dividend | K | T | | | | | |
| 209.  Amgen common stock | A | Dividend | K | T | Buy | 03/29/18 | K | | |
| 210.  Apple Inc. common stock | A | Dividend | K | T | | | | | |
| 211.  AT&T common stock | A | Dividend | K | T | | | | | |
| 212.  Bank of America common stock | A | Distribution | K | T | | | | | |
| 213.  Boeing Inc. common stock | A | Dividend | K | T | | | | | |
| 214.  Caterpiller Inc. common stock | A | Dividend | J | T | Buy | 03/29/18 | J | | |
| 215.  Celgene Corp. common stock | A | Dividend | K | T | | | | | |
| 216.  Chevron Corp. common stock | A | Dividend | K | T | | | | | |
| 217.  Cisco Systems Inc. common stock | A | Dividend | K | T | | | | | |
| 218.  Comcast Inc. common stock | A | Dividend | K | T | | | | | |
| 219.  Conoco Phillips Inc. common stock | A | Dividend | K | T | | | | | |
| 220.  Constellation Brands Inc. common stock | A | Dividend | K | T | | | | | |
| 221.  Costco Inc. common stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 06/02/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Cummins Inc. common stock | A | Dividend | K | T | | | | | |
| 223. Danaher Inc. common stock | A | Dividend | J | T | | | | | |
| 224. Dow Dupont common stock | A | Dividend | | | Sold | 07/13/18 | K | A | |
| 225. Exxon Mobil common stock | A | Dividend | K | T | | | | | |
| 226. Fortive Inc. common stock | A | Dividend | J | T | | | | | |
| 227. Gilead Science Inc. common stock | A | Dividend | K | T | | | | | |
| 228. Garret Motion Inc. common stock | A | Dividend | J | T | Spinoff (from line 231) | 10/1/18 | J | | |
| 229. Halliburton Inc. common stock | A | Dividend | | | Sold | 10/22/18 | K | B | |
| 230. Hilton Grand Vacation (HGV) | A | Dividend | J | T | | | | | |
| 231. Honeywell Int'l Inc. common stock | A | Dividend | K | T | | | | | |
| 232. IBM common stock | A | Distribution | K | T | | | | | |
| 233. Johnson & Johnson common stock | A | Dividend | K | T | | | | | |
| 234. Lockheed Martin common stock | A | Dividend | K | T | | | | | |
| 235. Marathon Oil common stock | A | Dividend | K | T | | | | | |
| 236. Merck common stock | A | Dividend | K | T | Buy | 08/21/18 | K | | |
| 237. Microsoft Inc. common stock | A | Dividend | K | T | | | | | |
| 238. Netflix Inc. common stock | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 06/02/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. Nextera Energy common stock | A | Dividend | K | T | Buy | 11/22/18 | K | | |
| 240. Park Hotel Resorts common stock | A | Dividend | J | T | | | | | |
| 241. Pepsico Inc. common stock | A | Dividend | | | Sold | 07/13/18 | K | B | |
| 242. Pfizer Inc. common stock | A | Dividend | K | T | | | | | |
| 243. Phillips 66 Inc. common stock | A | Dividend | K | T | | | | | |
| 244. Praxair Inc. common stock | A | Dividend | | | Sold | 10/22/18 | J | A | |
| 245. Proctor & Gamble Inc. common stock | A | Dividend | K | T | | | | | |
| 246. Raytheon Inc. common stock | A | Dividend | K | T | | | | | |
| 247. Resideo Technologies common stock | A | Dividend | J | T | Spinoff<br>(from line 231) | 10/29/18 | J | | |
| 248. Royal Dutch Shell | A | Dividend | J | T | Buy | 03/29/18 | J | | |
| 249. Royal Gold Inc. common stock | A | Dividend | K | T | | | | | |
| 250. Sales Force Inc. common stock | A | Dividend | K | T | | | | | |
| 251. Spotify Technologies common stock | A | Dividend | K | T | Buy | 07/13/18 | J | | |
| 252. Schlumberger Inc. common stock | A | Dividend | | | Sold | 09/22/18 | J | A | |
| 253. Starbucks Inc. common stock | A | Dividend | | | Sold | 03/29/18 | K | A | |
| 254. Toronto Dominion Bank Inc. common stock | A | Dividend | K | T | | | | | |
| 255. United Tech. Inc. common stock | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Conroy, John M.** | 06/02/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.  Walt Disney Corp. common stock | A | Dividend | K | T | | | | | |
| 257.  CitiGroup Inc. pref. stock | A | Dividend | K | T | | | | | |
| 258.  Goldman Sachs Inc. pref. stock | A | Dividend | K | T | | | | | |
| 259.  Cohen & Steers Realty ETF | A | Dividend | K | T | | | | | |
| 260.  SPDR S&P 500 ETF | A | Dividend | | | Sold | 07/13/18 | J | A | |
| 261.  Morgan Stanley cash account | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 06/02/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Amendments to 2017 Financial Disclosure Form:

1. Line 21 of 2017 Financial Disclosure form (reporting Mastercard common stck) is stricken as it is duplicative of the Mastercard common stock reported on Line 65;

2. Line 121 of the 2017 Financial Disclosure form is amended to reflect sale of all General Electric stock on 12/28/2017, and should now read as follows:

 (A) General Electric Common Stock  (B)(1) A, (B)(2) Dividend, (C)(1) Blank, (C)(2) Blank, (D)(1) Sold, (D)(2) 12/28/17, (D)(3) K  (D)(4)  A;

3.   Line 239 of the 2017 Financial Disclosure form  is amended to reflect the sale of all Occidental Petroleum common stock. The line should have read as follows:

 (A) Occidental Petroleum, (B)(1) A, (B)(2) Dividend, (C)(1) Blank, (C)(2) Blank (D)(1) Sold (D)(2) 08/21/17 (D)(3) K (D)(4)  A

Response to Letter of Inquiry dated May 29, 2020:

The 2018 Financial Diusclosure Report is amended to reflect the sale of an asset that had been reported on Line 37 of the 2017 Financial Disclosure Form and inadvertently omitted fro the 2018 form as follows:

(A) CTRIP.com Ltd common stock:  (B)(1)  A; (B)(2) Dividend;  (D)(1)  Sold;  (D)(2) 12/20/2018;   (D)(3) J;   (D)(4) A

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 06/02/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John M. Conroy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544